IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACQUELINE HELEN SANDERS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 3:25-CV-01525-X-BT |
| | § | |
| DELUXE, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[1] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's case will be **DISMISSED**.

**IT IS SO ORDERED** on this 4th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] No objections were filed.